

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-22-00248-CV

JOHN ERICKSON, KRISTINE ERICKSON, AND
M CROSS LAND & CATTLE, L.P., APPELLANTS

V.

NORTH PLAINS ELECTRIC COOPERATIVE INC., APPELLEE

On Appeal from the 31st District Court
Roberts County, Texas
Trial Court No. 2202, Honorable Steven Ray Emmert, Presiding

December 15, 2022

## MEMORANDUM OPINION

Before QUINN, C.J., and DOSS and YARBROUGH, JJ.

Appellants, John Erickson, Kristine Erickson, and M Cross Land & Cattle, L.P., appeal from the trial court's *Order Granting North Plains Electric Cooperative, Inc.'s Traditional Motion for Summary Judgment.* Now pending before this Court is Appellants' motion seeking voluntary dismissal of their appeal. The Court finds that the motion complies with the requirements of Rule of Appellate Procedure 42.1(a)(1) and that granting the motion will not prevent any party from seeking relief to which it would

otherwise be entitled.  As no decision of the Court has been delivered to date, we grant the motion.  The appeal is dismissed.  Because the motion does not reflect an agreement of the parties concerning the payment of costs, costs will be taxed against Appellants. *See* TEX. R. APP. P. 42.1(d).  No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam